UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

TAMMY TAYLOR,

    Plaintiff,               CIV S-08-1228 FCD DAD

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON JULY 14, 2008.**

                        Victoria C. Minor,
                        Clerk of the Court

ENTERED:   July 15, 2008

                        by:_____/s/_____
                           Michele Krueger,
                           Courtroom Deputy